UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


NATHANIEL WARD,

        Plaintiff,                           Case No. 2:15-cv-37

v.                                      HON. ROBERT HOLMES BELL

DERICK CAMPBELL, et al.,

        Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment (ECF No. 26). On December 6, 2016, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") recommending that the Court grant Defendants' motion for summary judgment. (ECF No. 28.) Plaintiff did not file any objections to the R&R. Plaintiff's failure to file timely objections constitutes a waiver of any further right to an appeal. *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). Moreover, for the reasons stated in the R&R, the Court finds that there is no good-faith basis for an appeal under 28 U.S.C. § 1915(a)(3). Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 26) is **GRANTED**.


Dated:  January 3, 2017                                    /s/ Robert Holmes Bell
                                                           ROBERT HOLMES BELL
                                                           UNITED STATES DISTRICT JUDGE